IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Donna Lee Miller )
Gwen Burt )
_____ )
_____ )
(Name of Plaintiff(s)) )
 )
v. ) Civil Case No. _____
 )
DHS/State of Tennessee ) Jury Trial Requested: ✓ YES ___ NO
_____ )
_____ )
(Name of Defendant(s)) )

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964 AS AMENDED**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief is also sought under 42 U.S.C. § 2000e-5(g).

2. Plaintiff, Donna Lee Miller, is a citizen of the United States and resides at

   702 Silver Hill Drive , Murfreesboro
   Street address                                City

   Rutherford , Tennessee , 37129 , (615) 278-0743
   County        State        Zip Code   (area code) phone number

   (If there is more than one plaintiff, provide the same information for each plaintiff below):

   Gwen Burt  Murfreesboro, Tennessee
   _____
   _____
   _____
   _____

3. Defendant, DHS - State of Tennessee lives at or its business is located at:

   Downtown Nashville / Citizens Plaza Bldg., Nashville
   Street address                                City

   Davidson , Tennessee , 37 , (615) 313-4000/615-741-4841
   County        State        Zip Code   (area code) phone number

Revised 11/2014

(If there is more than one defendant, provide the same information for each defendant below):

_____
_____
_____
_____
_____
_____

4. Plaintiff sought employment from the defendant or was employed by the defendant at:

   __Deaderick St. CPB_____, __Nashville_____
   Street address                                             City
   __Davidson_____, __Tennessee__, _____
   County                State        Zip Code

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 8–9 of this complaint on or about __16th__, __December_____, __2014____.
   day          month                year

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging the defendant with the acts of discrimination indicated in paragraphs 8–9 of this complaint on or about __19____, __April_____, __2015___.
   day          month                year

   **(Attach a copy of the a charges filed with the Equal Employment Opportunity Commission attached to this complaint.)**

7. The Plaintiff received a copy of the Notice of Right to Sue issued by the Equal Employment Opportunity Commission or the U.S. Department of Justice on
   __20__, __August_____, __2015__.
   day       month            year

   **(Attach a copy of the Notice to this complaint.)**

8. Because of plaintiff's (1) __✓__ race, (2) ____ color, (3) sex, (4) _____ religion, or
   (5) _____ national origin, the defendant:

   (a) __✓__ failed to employ plaintiff.
   (b) _____ terminated plaintiff's employment.
   (c) __✓__ failed to promote plaintiff.
   (d) __✓__ retaliated against plaintiff for having filed a charge of discrimination.

(e) ✓ other. Explain: Disibility/Health - Mechanical  
Mechanical Aortic Valve (Heart Disease)  
Migraines  
High Blood Pressure, Fibromyalgia, Stroke

Migraines  
High Blood Pressure  
Mechanical Aortic Valve (Heart)

9. The circumstances under which defendant discriminated against plaintiff were as follows:
Race, Color, discrimination - disability, retaliation, age.
Moved Gwen and I out as we are older also we have
many years experience. Hired brought in younger employees,
filled open positions. Retaliated for previous complaints filed.
Gwen Burt has 40 years with the State. Donna L. Miller has fourteen
years with the State. Kept black employees in our group moved
us - White race out. Comments made to Donna Miller about
complaints to EEOC and other officials. (See claim filed to EEOC.)

(You may use additional paper if necessary.)

10. The acts set forth in paragraph 8 of this complaint

    (a) ✓ are still being committed by defendant.
    (b) _____ are no longer being committed by defendant.
    (c) ✓ may still be being committed by defendant.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:
Positions to State Offices downtown Nashville, Tennessee
returned. Punitive and compensatory damages paid to
Gwen Burt and Donna Miller per our settlement request
letter. (See Attached)

11. I request a jury trial: ✓ yes _____ no

*Donna Lee Miller*

Signature of plaintiff(s)